UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
|---|---|---|
| v. | : | Criminal No. 12-330 (DMC) |
| SHREYANS DESAI | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court on the
joint application of Paul J. Fishman, United States Attorney for
the District of New Jersey (Jenny Kramer, Assistant U.S.
Attorney, appearing), and defendant Shreyans Desai (by Patrick
McMahon, AFPD); and the defendant being aware that he has the
right to have the matter brought to trial within 70 days of the
date of his appearance before a judicial officer of this court
pursuant to Title 18, United States Code, Section 3161(c)(1); and
the defendant having requested such a continuance; and it
appearing that the defendant waives such right; and for good and
sufficient cause shown, the Court makes the following findings:

1. The defendant has requested a continuance in this matter
to allow for adequate time in which to review discovery and
prepare for trial;

2. Taking into account the exercise of diligence,
therefore, the facts of this case require that defense counsel be
permitted a reasonable amount of additional time for effective
preparation in this matter; and

3. As a result of the foregoing, pursuant to Title 18,

United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _28_ day of _June_, 2012,

ORDERED that motions shall be filed by August 27, 2012, opposition briefs shall be filed by September 10,2012, the argument of the motions is scheduled for September 24, 2012, and the trial is scheduled for October 9, 2012; and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until the date of trial, October 9, 2012, and the period between and including today's date through the date of trial, October 9, 2012, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

Hon. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

Jenny Kramer
Assistant U.S. Attorney

Patrick McMahon, AFPD
Counsel for defendant Shreyans Desai

Shreyans Desai