IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

SHREYANS DESAI,

    Defendant.

Hon. Dennis M. Cavanaugh
Crim. No. 12-330 (DMC)

ORDER

This matter having come before the Court on the defendant's request and the Court having considered it;

IT IS ON THIS 9th day of July, 2012

ORDERED that the Office of the Federal Public Defender is relieved and may withdraw; and

IT IS FURTHER ORDERED that Dennis Cleary, counsel from the Criminal Justice Act list, shall be appointed to represent the defendant.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Court Judge