UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dennis M. Cavanaugh

v. : Criminal No. 12-330 (DMC)

SHREYANS DESAI : ORDER FOR CONTINUANCE

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew Leven, Assistant U.S. Attorney, appearing), and defendant Shreyans Desai (by Dennis S. Cleary, Esq.); and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having requested such a continuance; and it appearing that the defendant waives such right; and for good and sufficient cause shown, the Court makes the following findings:

1. Trial in this case was previously scheduled for October 9, 2012, and a continuance order entered in connection with that date. However, upon the defendant's request, the Court has recently appointed new counsel to represent the defendant in this case;

2. The defendant has requested a further continuance in this matter to allow his new counsel adequate time in which to review discovery and prepare for trial;

3. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter; and

4. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 29 day of Aug, 2012,

ORDERED that motions shall be filed by January 21, 2012, opposition briefs shall be filed by February 4, 2013, the argument of the motions is scheduled for February 18, 2013, and the trial is scheduled for March 4, 2013; and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until the date of trial, March 4, 2013, and the period between and including today's date through the date of trial, March 4, 2013, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

_____
Hon. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
Andrew Leven
Assistant U.S. Attorney

_____
Dennis S. Cleary, Esq.,
Counsel for defendant Shreyans Desai